IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0657-P-C |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed (see doc.17), the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated May 9, 2005 (doc.16), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that the decision of the Commissioner of Social Security denying plaintiff benefits (Tr. 6-8, 18-34), be REVERSED and REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), see Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further consideration of plaintiff's "severe... depressive/anxiety disorder" in light of Moore v. Barnhart, [405 F.3d 1208], 2005 WL 831674 (11th Cir. 2005)," consistent with this opinion (doc.16, p.9).

The Remand pursuant to sentence four of § 405(g), makes plaintiff a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this court's jurisdiction over the matter.

DONE the 9th day of June, 2005.

    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE