IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON PRATT, | ) |
|     Plaintiff, | ) |
| vs. | )    CIVIL ACTION NO. 04-0657-P-C |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
|     Defendant. | ) |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated September 26, 2005 (doc.24), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that plaintiff's Motion For Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc.20), be and is hereby GRANTED, and that plaintiff's counsel, Colin E. Kemmerly, be awarded an attorney's fee in the amount of $875.00 (7 hours x $125.00 per hour = $875.00).

DONE this 21st day of October, 2005.

                                                S/Virgil Pittman
                                                SENIOR UNITED STATES DISTRICT JUDGE